THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA C. SHELP AND SCOTT R. SHELP,<br><br>               Plaintiffs,<br><br>      v.<br><br>ALLERGAN, INC., *et al.*,<br><br>              Defendants. | CASE NO. C18-1427-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs failed to appear for the status conference on Tuesday, January 8, 2019 at 9:00 a.m. (*See* Dkt. Nos. 10, 23.) Plaintiffs are ORDERED to show cause why their complaint should not be dismissed for lack of prosecution. Plaintiffs' response is due no later than ten days from the date of this minute order.

DATED this 8th day of January, 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk