THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE

9    PAMELA C. SHELP and SCOTT R.          CASE NO. C18-1427-JCC
     SHELP,
10                                          ORDER
                    Plaintiffs,
11
            v.
12
     ALLERGAN, INC., *et al.*
13
                    Defendants.
14

15       This matter comes before the Court *sua sponte*. Plaintiffs failed to appear at the status

16   conference held on January 8, 2019. (*See* Dkt. No. 23.) The Court ordered Plaintiffs to show

17   cause why their complaint should not be dismissed for failure to prosecute. (Dkt. No. 24.)

18   Plaintiffs have not responded. Accordingly, Plaintiffs' complaint is DISMISSED with prejudice

19   for failure to prosecute. The Clerk is DIRECTED to close this case.

20       DATED this 22 day of January 2019.

21

22

23

24                                          John C. Coughenour
                                            UNITED STATES DISTRICT JUDGE
25

26